PROB 12C
(7/93)

Report Date: July 7, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 07 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wade L. Phillips        Case Number: 2:98CR00051-001

Address of Offender:          Spokane, WA 99223

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 01/08/1999

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)

Original Sentence:    Prison - 137 Months; TSR - 36    Type of Supervision: Supervised Release
                      Months

Asst. U.S. Attorney:  Pamela J. Byerly          Date Supervision Commenced: 07/16/2010

Defense Attorney:     Roger Peven               Date Supervision Expires: 08/15/2012

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** On June 28, 2011, Mr. Phillips met with ADEPT Services while an inmate at the Spokane County Jail for the purpose of completing a substance abuse assessment. It was recommended that he complete up to 90 days inpatient drug treatment.

On July 1, 2011, Mr. Phillips was transported by the undersigned officer to American Behavioral Health Services (ABHS) for the purpose of completing inpatient treatment. On July 6, 2011, at approximately 9:45 p.m., Mr. Phillips aborted treatment at ABHS. He has failed to contact the U.S. Probation Office and his whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

Prob12C
**Re: Phillips, Wade L**
**July 7, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/07/2011
_____

Matthew L. Thompson
_____

Matthew L. Thompson
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

_____
Date